# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>KASHIS JAMES<br><br>*Defendant(s)* | )  AZ. NO: 26-8024 MJ<br>)<br>)  Case No.  1:26-MJ-04007-ACE<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  __10/1/2024 to 12/30/2025__  in the county of  __Yakima__  in the
__Eastern__  District of  __Washington__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 2251 | Production of Child Pornography |
| 18 United States Code, Sections 2243(a), 1153 | Sexual Abuse of a Minor |

This criminal complaint is based on these facts:

Defendant stated that he had sexual intercourse with Minor 1, a child who had attained the age of twelve years but not the age of sixteen years, within the exterior boundaries of the Yakama Nation. Defendant is at least four years older than Minor 1 and is an enrolled member of the Yakama Nation. Defendant captured digital images of Minor 1 performing oral-genital intercourse using his iPhone 11 Pro and retained or stored those images on that device.

☑ Continued on the attached sheet.

*Complainant's signature*

Rafael Gutierrez, Special Agent, FBI
*Printed name and title*

☑ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date:  __01/13/2026__

*Judge's signature*

City and state:  __Yakima, Washington__     ALEXANDER C. EKSTROM, U.S. Magistrate Judge
*Printed name and title*

AUSA: MDM          COUNTY: YAKIMA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rafael Gutierrez, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. On January 13, 2026, the FBI executed a federal search warrant at a residence in Cibecue, Arizona within the Fort Apache Reservation. At the residence, the Defendant, Kashis James (James) was identified as an occupant. After being advised of his Miranda Rights, FBI SA Rafael Gutierrez and FBI SA Saddraid Hubbard conducted an interview of James. James is an enrolled member of the Yakama Nation in Washington state. James stated his cell phone, an iPhone 11 Pro, was in his bedroom within the residence. Furthermore, James provided Agents with his iPhone 11 Pro passcode. James stated no one else besides him has access to the iPhone 11 Pro.

2. James, after initially denying the matter, later admitted to having sexual contact, to include vaginal, oral, and anal sexual intercourse with Minor 1 (year of birth 2011). James stated that Minor 1 is 13 years of age. He described that Minor 1 and James communicated over Snapchat. James advised Minor 1 sent nude photographs with her genitals exposed to him over Snapchat. James denied having solicited the images. SA Gutierrez, while in James's presence, conducted a

cursory review of James' iPhone 11 Pro pursuant to the search warrant. A review of the phone's photo album identified multiple videos of a female and male engaging in oral and vaginal sexual intercourse. James advised Agents that the female in that video was Minor 1. James admitted to creating the videos. James described the sexual encounters as occurring at a relative's home within the Wolf Point Tribal Housing area. Your affiant has learned the Wolf Point Tribal Housing Area is within the exterior bounds of the Yakama Nation Indian Reservation. The Confederated Bands and Tribes of the Yakama Nation are a federally recognized Indian tribe. James described his first sexual encounter with Minor 1 as occurring in October, 2024 and his most recent intercourse with Minor 1 as occurring in December, 2025.

3. Pursuant to federal search warrant 25-MJ-04209-ACE, your Affiant obtained and reviewed Snapchat communications from Minor 1's account. On the dates between at least November 10, 2022 and October 20, 2025, the user of Snapchat account "kashisjames_23" communicated with Minor 1. The user kashisjames_23 also distributed a videofile to Minor 1 of an adult male engaged in sex acts with a pubescent girl, believed to be Minor 1 based, among other things, on a mark on her body and her body size. Neither of the individuals' faces were visible in the video. In addition, review of Minor 1's Snapchat account resulted in the discovery of multiple sexually explicit conversations between Minor 1 and the user

kashisjames_23. When interviewed, James claimed his Snapchat username was "kashisjames23", but review of James' phone identified that James' true Snapchat username was "kashisjames". Your Affiant is aware from Snap Inc. records that "kashisjames" account formerly used the username "kashisjames_23".

_____
Rafael Gutierrez, Special Agent, FBI

SUBSCRIBED electronically and SWORN telephonically this 13th day of January, 2026.

_____
Alexander C. Ekstrom
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

United States of America
v.

KASHIS JAMES

*Defendant*

Case No. 1:26-MJ-04007-ACE

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KASHIS JAMES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 United States Code, Section 2251 Production of Child Pornography

18 United States Code, Sections 2243(a), 1153 Sexual Abuse of a Minor

Date: 1/13/2026

*Issuing officer's signature*

City and state:   Yakima, Washington

Alexander C. Ekstrom, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*